United States District Court
for the
Southern District of New York

Eric T. Bolton
Petitioner

V.                              Case No. 22-CR-00330(KMK)

Acting Warden, Ramos
Respondent

Petition For A Writ of Habeas Corpus Under 28 U.S.C. 2241
Personal Information

1. (A) Your Full Name: Eric Bolton
   (B) Other names you have used:
2. Place of confinement: MDC Brooklyn
   (A) Name of institution: MDC Brooklyn  Metropolitan Detention Center
   (B) Address: P.O. Box 329002 Brooklyn, New York 11232

   (C) Your identification number: 77347-054
3. Are you currently being held on orders by:
   ☑ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently: ~~being held~~

☐ A pretrial detainee (waiting for trial on criminal charges)
☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime.
If you are currently serving a sentence, provide:
(A) Name and location of court that sentenced you:


(B) Docket number of criminal case: 22-CR-00330 (KMK)
(C) Date of sentence: 08/01/2023
☐ Being held on an immigration charge
☐ Other (explain):

Decision or Action You Are Challenging

5. What are you challenging in this petition:
☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credit)
☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain):

6. Provide more information about the decision or action you are challenging:
(A) Name and Location of the agency or court: Metropolitan Detention Center, MDC Brooklyn, Brooklyn New York 11232

(B) Docket number, case number, or opinion number: N/A "WAS NOT PROVIDED"
(C) Decision or action you are challenging: Requesting to be placed in RRC/HC. According to 18 U.S.C 3632(d)(4)(c) (BoP "shall" transfer eligible prisoners as defined under 18 U.S.C. 3624 into pre-release custody or supervised release up to 12 months. Also Program Statement 7310.04 provide when Unit team or BOP can place an inmate in a Halfway House or Home Confinement.

(D) Date of the decision or action: ~~10/5/2023~~ N/A Section 542.18 Response Time, Warden did not respond.

Your Earlier Challenges of the decision or action

7. First Appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☑ Yes  ☐ No
(A) If "Yes", provide:
(1) Name of the authority, agency, or court: MDC Brooklyn, Brooklyn New York 11232
(2) Date of filing: 10/05/2023
(3) Docket number, Case Number, or opinion number: N/A "WASn't Provided"
(4) Result: N/A
(5) Date of Result: N/A
(6) Issues Raised: Requesting RRC/HC Placement. Was Sentenced to 27 months I currently have 19 months ~~remaining~~ with less than 5 months remaining

on my sentence. Under 18 U.S.C. 3621 and my approaching bop release date my case manager is in violation for failing to began reviewing my case for RRC/HC under FSA & SCA which should have been done without delay.

(B) If you answered "No" explain why you did not appeal:


8. Second Appeal
After the first appeal, did you file a second appeal to the higher authority, agency or court? ☐ Yes ☒ No
(A) If "Yes," provide:
(1) Name of the authority, agency, or court:

(2) Date of filing
(3) Docket number, Case number, or opinion number:
(4) Result:
(5) Date of Result:
(6) Issues Raised:




(B) If you answered "No," explain why you did not file a second appeal: 28 CFR Section 542.18 Response time. Warden or Regional Director didn't respond to my first appeal my BP-9. By the time A response comes back from the regional director I would be way over due to be placed in RRC/HC.

9. Third Appeal
After the second appeal, did you file a third appeal to a higher authority, agency, or court? ☐ Yes ☑ No

(A) If "yes" provide:
(1) Name of the authority, agency, or court?:

(2) Date of filing
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

(B) If you answered "No" explain why you did not file a third Appeal: 28 CFR Section 542.18 Response time. Warden or Regional Director didn't respond to my first appeal My BP'9. My BoP Release Date would have passed.

10. Motion under 28 U.S.C. 2255
In this petition, are you challenging the validity of your conviction or sentence as imposed? ☐ Yes ☑ No
If "Yes" answer the following:
(A) Have you already filed a motion under 28 U.S.C. 2255 that challenged this conviction or sentence? ☐ Yes ☑ No
~~If you answered yes~~

If "Yes" provide:
(1) Name of Court:
(2) Case Number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:


(B) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. 2244 (B)(3)(A). seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence? ☐ Yes ☑ No
If "Yes" provide:
(1) Name of Court:
(2) Case Number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:


(C) Explain why the remedy under 28 U.S.C. 2255 is inadequate or ineffective to challenge your conviction or sentence: Because im challenging the way that my sentence is being carried out.

11. Appeal of Immigration proceedings
Does this case concern immigration proceedings? ☐ Yes ☒ No
If "Yes" provide:
(A) Date you were taken into immigration custody:
(B) Date of the removal or reinstatement order:
(C) Did you file an appeal with the board of Immigration Appeals?
☐ Yes ☒ No
If "Yes" provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:
(D) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☒ No
If "Yes" provide:
(1) Name of Court:
(2) Date of filing:
(3) Case Number:
(4) Result:
(5) Date of Result:
(6) Issues Raised:

12. Other Appeals
Other than the appeals you listed above, have you filed any other petition,

application, or motion about the issues raised in the petition? ☐ Yes ☑ No
If "Yes" provide:
(A) Kind of petition, motion, or application:
(B) Name of the authority, agency, or court:

(C) Date of filing:
(D) Docket Number, case number, or opinion number:
(E) Result:
(F) Date of Result:
(G) Issues Raised:

## Grounds For Your Challenge In This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, Laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be summitted in a separate memorandum.

Ground One: Section 28 C.F.R. 542.18 Response Time

(A) Supporting facts (Be Brief. Do Not Cite cases or law.): Warden & or CCM didn't respond back in the set standard amount of time required by law.

(B) Did you present Ground One in all appeals that were available to you?
☑ Yes ☐ No

Ground Two: BoP Officials violated 18 U.S.C. 3632(D)(4)(C) by denying plaintiff placement in RRC or HC

(A) Supporting facts (Be Brief. Do No Cite cases or law.): According to 18 U.S.C. 3632(D)(4)(C), (BoP "Shall transfer" eligible prisoners as determined under 18 U.S.C. 3624 into pre-release custody or supervised release up to 12 months. The Second Chance Act, First Step Act or Cares Act did not eliminate, discriminate, or exclude those who violate a term of supervised release.

(B) Did you present ground two in all appeals that were available to you?
☑ Yes ☐ No

Ground Three: Petitioner is "being held in violation" of his rights under the "Second Chance Act."

(A) Supporting facts (Be Brief. Do Not Cite Cases or law.): Case Manager and or Unit team manager failed to start and or put petitioner in for review for RRC/HC placement with less than 6 months remaining on my sentence. IF the BoP calculated my FSA time & SCA credits I would have only two months remaining on my BoP Sentence. Also in the BoP Program Statement 7310.04

(B) Did you present ground three in all appeals that were availible to you?
☑ Yes ☐ No

Ground Four: BoP has failed to care for me while in their custody.

(A) Supporting facts (Do Not Cite Cases or law. Be Brief):
Have not been able to be seen by dental, Medical or psych or any care while in bop custody

(B) Did you present Ground Four in all appeals that were availible to you?
☐ Yes ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: My BP-9 was not answered and I should have been released to a Half-way House or home confinement.

### Request For Relief

15. State exactly what you want the courts to do: Assist with release to halfway house or home Confinement & Calculation of First Step Act & Second Chance Credits.

### Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 11/19/2023

I declear under penalty of perjury that I am petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basic for prosecution for perjury.

Date: 11/19/2023

Signature of Petitioner

Pro Se

Signature of Attorney or Other authorized person, if Any

## INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: Eric Bolton              REG. 77347-054

UNIT: K-82

SPECIFIC ISSUE NEEDING
RESOLUTION: Seeking immediate RRC/HC placement for FSA & SCA

EXPLAIN, IN DETAIL THE ISSUE: Case Manager Kirton failed to began reviewing my case for rrc/hc placement, placing her in violation of 18 USC 3621(B) According to the statue & my BOP approaching BOP release date RC/HC review should have been completed without delay. According to 18USC3624(g) BOP Shall apply up to 12 months of earned time credit to advance the day a person begans to serve a term of supervised release

INMATE SIGNATURE: [signature]         DATE: 9/23/23

### TO BE COMPLETED BY COUNSELOR

DATE RECEIVED: 9/26/23

ACTION TAKEN: See attach

COUNSELOR SIGNATURE: [signature]      DATE: 9/26/23

### TO BE COMPLETED BY UNIT MANAGER

INFORMAL RESOLUTION RECEIVED _____

UNIT MANAGER SIGNATURE _____ DATE: _____

EXTENSION GRANTED _____ DATE DUE _____

REASON FOR EXTENSION _____

UNIT MANAGER APPROVAL _____ DATE _____

Administrative Remedy Response for inmate Bolton, Eric #77347-054

A review of this matter reveals that on September 23, 2023, you submitted an Administrative Remedy Response BP-8, requesting that the Unit Team submit you for Residential Reentry Center, (RRC).

A review of this matter reveals, you arrived here at MDC Brooklyn on April 18, 2022, as a Pre-Trail inmate, as a probation violation. You are not eligible for RRC/HC placement.

This response is being provided for informational purposes only. If dissatisfied with this response, you may appeal through the Administrative Remedy Process BP-9. Your appeal must be received by your Unit Team within 20 calendar days of the date of this response.

N. Bullock, Unit Manager

October 2, 2023

REQUEST FOR ADMINISTRATIVE REMEDY

*…pe or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

BOLTON ERIC          77347-054     K-82      Brooklyn MDC
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.   UNIT    INSTITUTION

A - INMATE REQUEST

Requesting to be placed in RRC/HC. On Aug 1, 2023 I was sentenced to 29 month incarceration. I currently have 17 months in jail on my sentence with 8 months remaining until my release. Under 18 U.S.C. 3621(H) and my approaching BOP release date my case manager is in violation for failing to began reviewing my case for RC/HC under FSA & SCA, which should have been done without delay. According 18 U.S.C. 3632(d)(4)(C), (BOP "shall transfer" eligible prisoners as "determined under U.S.C. 3624 into pre-release custody or supervised release up to 12 months. FSA & SCA both should be applied seperatly. Nothing in the statues states that one who was on a probation violation doesn't qualify for RRC/HC Placement.

10-05-2023
DATE                                    SIGNATURE OF REQUESTER

Part B - RESPONSE

_____          _____
DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                      CASE NUMBER: _____

Part C - RECEIPT
                                                CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____          _____
DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

PI-PEPR                                          BP-229(13)
                                                 APRIL 1982

Eric Boston
DIN# 77347-054
P.O. Box 329002
MDC Brooklyn
Brooklyn NY 11232



RECEIVED
DEC 05 2023
U.S.D.C.
W.P.



Clerk of the United States District Court
Southern District of New York

300 Quarropas St
White Plains NY 10601

